IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ANGELO REYES,**

    **PLAINTIFF,**　　　　　　　**CASE No:** 8:11-cv-00780-EAK-MAP

v.

**THE BUDD GROUP, INC.,**

    **DEFENDANT.**
_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Pursuant to Local Rule 3.08(a) Plaintiff, ANGELO REYES, by and through his undersigned counsel, hereby notifies the Court that the above-styled action against Defendant, THE BUDD GROUP, INC., has been settled.

Dated this 6th day of June, 2011.

                                  Respectfully submitted,

                                  /s/ Luis A. Cabassa, Esquire
                                  **LUIS A. CABASSA, ESQUIRE**
                                  Florida Bar No. 0053643
                                  Wenzel, Fenton, Cabassa, P.A.
                                  1110 N. Florida Avenue, Suite 300
                                  Tampa, FL 33602
                                  Telephone: (813) 224-0431
                                  Facsimile: (813) 229-8712
                                  lcabassa@wfclaw.com
                                  Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of June, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

Amanda E. Ballard
Ignacio J. Garcia
Ogletree Deakins, PC
Suite 3600
100 N Tampa St
Tampa, FL 33602

                                              /s/ Luis A. Cabassa, Esquire
                                              **LUIS A. CABASSA, ESQUIRE**